# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20-40077-BEM |
| Robert LaVerne McCormick, Jr. ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

Robert LaVerne McCormick, Jr. has filed a Motion to Suspend Plan Payments on April 20, 2020. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. If **you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street Rome, Georgia 30161-3187, and serve a copy on the movant's attorney, Dan Saeger, 706 S Thornton Avenue Suite D, Dalton, GA 30720, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for June 10, at 10:00 AM, in Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, GA 30161. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one** in **this bankruptcy case.** If **you do not have an attorney, you may wish to consult one.**

Dated: 4/20/2020

/s/ Dan Saeger
Dan Saeger
GA Bar No. 680628
706 S Thornton Ave Ste D
Dalton, GA 30720
706-529-5566

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20-40077-BEM |
| Robert LaVerne McCormick, Jr. ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## MOTION TO SUSPEND PAYMENTS

**COMES NOW**, Robert LaVerne McCormick, Jr., by and through the undersigned counsel, and files this "Motion to Suspend Payments," showing this Honorable Court the following:

1.

Debtor filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on January 10, 2020.

2.

Debtor's Chapter 13 Plan has not yet been confirmed.

3. .

Debtor respectfully requests a suspension in his Chapter 13 Plan payments for one month as he was unable to work due to COVID-19.

WHEREFORE, Debtor prays;
  (a) That this "Motion to Suspend Payments" be filed, read and considered;
  (b) That Debtor be allowed to suspend payment to the Chapter 13 Trustee for the month of March; and
  (c) That this Honorable Court grant such other and further relief as it may deem just and proper.

This 20th day of April, 2020.

Respectfully submitted,

                                                                              __/s/_____  
                                                                              Dan Saeger  
                                                                              Attorney for the Debtor  
                                                                              GA Bar No.: 680628

SAEGER & ASSOCIATES, LLC  
706 S Thornton Ave. Ste. D  
Dalton, GA 30720  
706.529.5566  
dan@whitfieldcountylaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this day I served the following parties with a copy of the attached "Motion to Suspend Payments and Notice of Hearing" by placing true and correct copies of the same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

All parties on the attached Matrix.


This 20th day of April, 2020.

                                                __/s/_____
                                                Dan Saeger
                                                Attorney for Debtor
                                                Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
706.529.5566
dan@whitfieldcountylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 20-40077-bem<br>Northern District of Georgia<br>Rome<br>Mon Mar 30 09:07:15 EDT 2020 | DALTON DIAGNOSTIC ASSOC. LP<br>C/O NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | First Premier<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| HAMILTON MEDICAL CENTER INC<br>C/O NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Robert LaVerne McCormick Jr.<br>PO Box 994<br>Adairsville, GA 30103-0994 | (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Orion FCU<br>400 Monroe Ave<br>Memphis, TN 38103-3212 |
| Orion Federal Credit Union<br>400 Monroe Ave.<br>Memphis, TN 38103-3212 | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 | Syncb/Care Credi<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationwide Recovery
545 Inman St W
Cleveland, TN 37311-1768

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     1<br>Total                  13 |